FILED

2017 JUN -7  AM 10: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

ISAAC CHOI

DEFENDANT(S).

CASE NUMBER: SA 17 - 189 M
CR 17 - 00368

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: Indictment
in the Northern District of California on 06/01/2017
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about November 2015
in violation of Title 18 U.S.C., Section(s) 1343
to wit: ____

A warrant for defendant's arrest was issued by: Howard R. Lloyd, USMJ

Bond of $ No Bail was ☐ set / ☒ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): Arrest Warrant, Sealing document, Indictment

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on June 7, 2017, by
_____, Deputy Clerk.

_____          SA Timothy A. Jacoby II
Signature of Agent                 Print Name of Agent

FBI                                Special Agent
Agency                             Title

CR-52 (05/98)              AFFIDAVIT RE OUT-OF-DISTRICT WARRANT