

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>ISAAC CHOI<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA17-0189M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 9, 2017__, _____, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 7, 2017__   __Douglas F. McCormick__
U.S. ~~District Judge~~/Magistrate Judge